IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRACEY FERGERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-376-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (WO) |
| | ) | |
| Respondent. | ) | |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, Tracey Fergerson, and this case is DISMISSED with prejudice.

DONE this 22nd day of September, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE