IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRACEY FERGERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13-CV-376-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (wo) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Order of the court entered on this date adopting the Recommendation of the Magistrate Judge, Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of May, 2017.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE